**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | 107 Federal Bldg. | 113 Federal Bldg. | 314 Federal Bldg. |
| --- | --- | --- | --- |
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

November 25, 2015

Adam Case VanderPols
350 Ionia Ave., SW, #303
Grand Rapids, MI 49503

      RE:    Montes et al v. Prairieville, Township of et al
               Case No. 1:15-cv-695   Hon. Janet T. Neff

Pursuant to Western District of Michigan Local Civil Rule 5.7, effective January 1, 2005, attorneys must register to file and serve pleadings (with enumerated exceptions) electronically by use of the ECF system. It appears that you are not yet registered to file and receive pleadings electronically in our district.

For more information regarding filing documents electronically in the Western District of Michigan, visit the Court's website at www.miwd.uscourts.gov. Click on the "Electronic Filing" link for access to the Local Rules governing e-filing, the E-Filing Registration Form, the User Manual, an On-Line Tutorial, Frequently Asked Questions, and more.

To complete the ECF Registration Form, we direct you to our website: www.miwd.uscourts.gov. Select the "For Attorneys" tab to locate instructions. Once you have completed the form, please email it to ecfhelp@miwd.uscourts.gov. Upon receipt of the completed form, the Attorney Admissions Clerk will contact you via email.

If you have any questions, please contact (616) 456-2381.

                              Sincerely,

                              CLERK OF COURT

                                /s/ N. Stimec

                              By:  Deputy Clerk