UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JOHN MONTES, RENEE MONTES, LOGAN MONTES,
and CALOB MONTES,

      Plaintiffs,

v.                                    CASE NO: 1:15-cv-695
                                     HON:  JANET T. NEFF

PRAIRIEVILLE TOWNSHIP, BARRY COUNTY,
BARRY TOWNSHIP, CHRIS STOUDER,
CHRISTOPHER BAILEY, JAMIE DILL,
MICHAEL SHAPLEY, SCOTT THOMAS WARE,
PHILLIP MCNABNAY, ERNIE FELKERS, LANE
BOOMS, ERIC GUSTAFSON, and JOHN DOE OFFICER #1,
in their individual and official capacities,

      Defendants.

| | |
|---|---|
| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>SHAWN CABOT (P64021)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI  48386<br>(248) 886-8650<br>(248) 698-3321-fax<br>shawn.cabot@cjtrainor.com | CUMMINGS, MCCLOREY, DAVIS & ACHO, PLC<br>ALLAN C. VANDER LAAN, (P33893)<br>ANDREW J. BREGE (P71474)<br>Attorneys for Defendants Barry County & Scott Thomas Ware<br>2851 Charlevoix Drive, SE, Ste. 327<br>Grand Rapids, MI 49546-7093<br>616-975-7470<br>616-975-7471-fax<br>avanderlaan@cmda-law.com<br>abrege@cmda-law.com |
| MCGRAW MORRIS, P.C.<br>G. GUS MORRIS (P32960)<br>Attorney for Defendants Prairieville Township, Christopher Bailey, Michael Shapley,  Barry Township, Chris Stouder, Jamie Dill, and Eric Gustafson<br>2075 W. Big Beaver, Ste. 750<br>Troy, MI 48084<br>248-502-4000<br>248-502-4001-fax<br>gmorris@mcgrawmorris.com | MICHIGAN DEPARTMENT OF ATTORNEY GENERAL<br>JOHN G. FEDYNSKY (P65232)<br>Attorney for Ds McNabnay, Felkers & Booms<br>PO Box 30736<br>Lansing, MI 48909<br>517-373-6436<br>FedynskyJ@michigan.gov |

**SUGGESTION OF DEATH**

In compliance with Federal Rule of Civil Procedure 25(a)(1), Plaintiff Renee Montes, by and through her Counsel, files this Suggestion of Death of John Montes. It has come to the attention of the undersigned that John Montes, one of the named Plaintiffs in the above-captioned matter, died on March 31, 2016.

        Respectfully Submitted,

        CHRISTOPHER TRAINOR & ASSOCIATES

        **s/ Shawn C. Cabot**
        CHRISTOPHER J. TRAINOR (P42449)
        SHAWN C. CABOT (P64021)
        Attorneys for Plaintiff
        9750 Highland Road
        White Lake, MI  48386
        (248) 886-8650
        shawn.cabot@cjtrainor.com

Dated:  June 17, 2016
SCC/

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing.

        **s/ Shawn C. Cabot**
        SHAWN C. CABOT (P64021)
        Attorney for Plaintiffs
        9750 Highland Road
        White Lake, MI  48386
        (248) 886-8650
        shawn.cabot@cjtrainor.com