UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JOHN MONTES, RENEE MONTES,
LOGAN MONTES, and CALOB
MONTES,

    Plaintiffs,

v.

PRAIRIEVILLE TOWNSHIP, BARRY
COUNTY, BARRY TOWNSHIP, CHRIS
STOUDER, CHRISTOPHER BAILEY,
JAMIE DILL, MICHAEL SHAPLEY,
SCOTT THOMAS WARE, PHILLIP
MCNABNAY, ERNIE FELKERS, LANE
BOOMS, ERIC GUSTAFSON, and JOHN
DOE OFFICER #1, in their individual and
official capacities,

    Defendants.

Case No. 1:15-cv-00695-JTN

HON. JANET T. NEFF

---

Christopher J. Trainor (P42449)
Amy J. Derouin 9P70514)
Shawn C. Cabot (P64021)
CHRISTOPHER TRAINOR & ASSOCIATES
Attorneys for Plaintiff
9750 Highland Road
White Lake, MI  48386
248/886-8650
christopher.trainor@cjtrainor.com
amy.derouin@cjtrainor.com
shawn.cabot@cjtrainor.com

G. Gus Morris (P32960)
McGraw Morris PC
Attorney for Bailey, Barry Twp., Prairieville
Twp., Stouder, Eric Guastafson
and Jamie Dill
2075 W Big Beaver Rd Ste 750
Troy, Michigan  48084-3433
(248) 502-4000
gmorris@mcgrawmorris.com

Allan C. Vander Laan (P33893)
CUMMINGS, MCCLOREY, DAVIS & ACHO
Attorneys for Defendants Barry County
and Scott Thomas Ware
2851 Charlevoix Dr., S.E. - Suite 327
Grand Rapids MI  49546
616-975-7470
avanderlaan@cmda-law.com
abrege@cmda-law.com

John G. Fedynsky (P65232)
Attorney for Defendants Booms, McNabnay, and
Felkers
Michigan Dept. of Attorney General Civil
Litigation Division
P. O. Box 30736
Lansing, MI 48909
(517) 373-6436
FedynskyJ@michigan.gov

---

## **NOTICE TO WITHDRAW ATTORNEY OF RECORD**

Please take notice Andrew J. Brege is no longer associated with the law firm of Cummings, McClorey, Davis & Acho, P.L.C., and his name is to be removed from the above-entitled cause of action.

Respectfully submitted,

CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.

 /s/Allan C. Vander Laan
Allan C. Vander Laan (P33893)
Attorneys for Defendants Barry County and
Scott Thomas Ware
2851 Charlevoix Drive, SE, Ste. 327
Grand Rapids, MI 49546
616/975-7470
E-mail: avanderlaan@cmda-law.com

Dated: July 15, 2016